# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2389.  HAMELET PERDOMO v. THE STATE.**

A jury found Hamelet Perdomo guilty of murder and other offenses. The trial court sentenced Perdomo to life imprisonment without parole.  Perdomo filed a motion for new trial, which the trial court denied.  Perdomo then appealed to this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"); accord *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (the Supreme Court has the ultimate responsibility for determining appellate jurisdiction).

Accordingly, Perdomo's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 07/15/2019*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*, Clerk.*